# Court of Appeals
# of the State of Georgia

ATLANTA,  October 20, 2020

*The Court of Appeals hereby passes the following order:*

**A21A0274. IN RE: ESTATE OF CHARLES CLEMENTS, DECEASED.**

Andrew Mickle, the executor of the estate of the decedent Charles Clements, filed a petition to be discharged after paying the decedent's debts and distributing the property of the estate. The trial court held a hearing to determine whether the distributions followed the provisions of the decedent's will, and, after additional briefing, the trial court entered an order finding that Mickle distributed a disproportionate share of the estate to one heir over other heirs of the decedent and ordered Mickle to make a proper division to the other heirs. The order also stated that the trial court would not grant a discharge until the other heirs are made whole and documentation demonstrating that distribution is filed with the trial court. Mickle then filed this direct appeal. We lack jurisdiction.

Here, the case remains pending below. Consequently, Mickle was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to seek appellate review of the order at issue

here. See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435 (383 SE2d 906) (1989). His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED. *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  10/20/2020*
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*